# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FIELD RETAIL, LLC; WAVEN RETAIL; ALFRED NOAH OMONDI; JASON D. ROSS; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: SACV 22-01327-CJC (DFMx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT CENTER FIELD RETAIL, LLC** |

This matter came before the Court on the motion for default judgment by Plaintiff Quincy Bioscience, LLC, against Defendant Center Field Retail, LLC.  (*See* Dkt. 28.)  On January 18, 2022, the Court granted the motion.  In accordance with the Court's Order granting that motion, **IT IS HEREBY ORDERED** that judgment is entered in favor of Quincy Bioscience, LLC, and against Center Field Retail, LLC.

Quincy Bioscience, LLC, is awarded $100,000 in statutory damages and $5,600 in attorney's fees.  In addition, Center Field Retail, LLC, and its officers, agents, servants, employees, successors, successors in interest, and attorneys, and all other persons who are in active concert or participation with them, are **PERMANENTLY ENJOINED** from:

1. Using the PREVAGEN® mark, or any reproduction, counterfeit, copy, or colorable imitation of the PREVAGEN® mark;

2. Falsely representing that Center Field Retail is associated with or sponsored by Quincy Bioscience, LLC; and/or

3. Selling, marketing, distributing, or offering to sell, market, or distribute, within the United States or into or from the United States, any counterfeit dietary supplements using in any way the PREVAGEN® mark.

DATED: January 18, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE